IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEBBIE L. THURBER, | ) |
| Plaintiff, | ) |
| vs. | )   No. CIV-21-1052-C |
| LIFE INSURANCE COMPANY OF NORTH ANMERICA, | ) |
| Defendants. | ) |

### ADMINISTRATIVE CLOSING ORDER

Pursuant to Joint Motion of Settlement, Dkt. No. 10, filed on January 27, 2022, the parties have reached a settlement and compromise in captioned matter. It is ordered that the Clerk administratively terminate this action in her records without prejudice to the rights of the parties to reopen the proceeding for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

If the parties have not reopened this case within 21 days of this date, to the purpose of dismissal pursuant to the settlement and compromise, Plaintiff's action shall be deemed to be dismissed.

**IT IS SO ORDERED** this 31st day of January 2022.

ROBIN J. CAUTHRON
United States District Judge